CAROLINE B. VAN BOKKELEN, Appellant, *v.* THE TRAVELERS' INSURANCE COMPANY OF HARTFORD, Respondent.

*Van Bokkelen* v. *Travelers' Ins. Co.*, 34 App. Div. 399, affirmed.
(Argued May 9, 1901; decided May 24, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1898, in favor of defendant upon the submission of a controversy on an agreed statement of facts under sections 1279–1281 of the Code of Civil Procedure.

*George Edwin Joseph* for appellant.

*W. P. Prentice* and *Frank V. Johnson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT and WERNER, JJ. Dissenting: MARTIN and VANN, JJ.

---

TIMOTHY A. HATTON, Respondent, *v.* THE HILTON BRIDGE CONSTRUCTION COMPANY, Appellant.

*Hatton* v. *Hilton Bridge Construction Co.*, 42 App. Div. 398, affirmed.
(Argued May 9, 1901; decided May 24, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 7, 1899, reversing a judgment in favor of defendant entered upon a verdict directed by the court and granting a new trial.

*Edward W. Douglas* for appellant.

*James W. Eaton* for respondent.

Order affirmed and judgment absolute ordered against defendant on the stipulation, with costs; no opinion.
Concur: BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not voting: PARKER, Ch. J., and WERNER, J. Dissenting: GRAY, J.